IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE LASHAWN BROWN, | ) | No. C 10-5814 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS** |
| vs. | ) ) | |
| RAUL LOPEZ, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 19) |

    This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. § 2254. The application to proceed in forma pauperis was denied and he paid the filing fee. The petition was dismissed and a certificate of appealability was denied in the same order. Petitioner filed a notice of appeal and has requested leave to proceed on appeal in forma pauperis. The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis (docket number 6) is DENIED. *See* 28 U.S.C. § 1915(a)(3).

    IT IS SO ORDERED.

DATED: February 1, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MAURICE L BROWN,

    Plaintiff,

  v.

RAUL LOPEZ et al,

    Defendant.

                                  /

Case Number: CV10-05814 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice L. Brown K-07663
Corcoran State Prison
P.O. Box 3461
Corcoran, CA 93212

Dated: February 1, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk